In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-321 CV


____________________



LLOYD KELVIN BURKS AND L.K. BURKS ENTERPRISES, INC., Appellants



V.



TRANSMEDIC, INC., Appellee






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 43,503






MEMORANDUM OPINION


 The appellants, Lloyd Kelvin Burks and L.K. Burks Enterprises, Inc., and the
appellee, Transmedic, Inc., filed a joint motion to dismiss this appeal. The parties allege
they have resolved all disputes and agreed to dismiss this appeal. The Court finds that the
motion is voluntarily made by the parties through their attorneys of record prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). 

 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED. 

 ___________________________

 CHARLES KREGER

 Justice 

Opinion Delivered December 1, 2005 

Before McKeithen, C.J., Gaultney and Kreger, JJ.